**Edward STOLARSKI et al., Appellants,**

v.

**The STATE of Texas, Appellee.**

No. 29537.

Court of Criminal Appeals of Texas.

Feb. 19, 1958.

No appearance for appellant.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, and Leon

B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is a bond forfeiture case, the appellate procedure relative to which is governed by the rule in civil cases.

Rule 414, Vernon's Civil Procedure, requiring the filing of briefs, has not been complied with.

The motion of the state to dismiss the appeal for that reason, under Rule 415, Vernon's Civil Procedure, is well taken. Tatum v. State, 148 Tex.Cr.R. 423, 187 S.W.2d 989; Gaither v. State, 156 Tex. Cr.R. 503, 244 S.W.2d 209; Bell v. State, Tex.Cr.App., 244 S.W.2d 210.

Accordingly, the appeal is dismissed.